UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CAUSE NO. 2:16-cr-2:16-cr- 20 WTL-CMM |
| DARION WILSON, | ) ) ) | |
| *Defendant.* | ) | |

## INFORMATION

The United States Attorney charges that:

COUNT ONE
(Possession with Intent to Distribute a Controlled Substance)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

On May 24, 2016, within the Southern District of Indiana, and elsewhere within the jurisdiction of the Court, the defendant,

DARION WILSON,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, while on release pursuant to an order dated September 14, 2015, from the United States District Court for the Southern District of Indiana in Cause No. 2:15-cr-00017-WTL-CMM, which order notified said defendant of the potential effect of committing an offense while on pretrial release.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 3147.

Joe H. Vaughn, FAUSA, for
JOSH J. MINKLER
United States Attorney

STATE OF INDIANA         )
                         )  SS:
COUNTY OF MARION         )


       Jeffrey D. Preston, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

                                                 Jeffrey D. Preston
                                                 Assistant United States Attorney


       Subscribed and sworn to before me, a notary public, on this 25th day of May, 2016.

                                                 Guey Jen Yang
                                                 Notary Public
                                                 Guey Jen Yang

My Commission Expires

June 27, 2022

My County of Residence:

Hendricks

**GUEY JEN YANG**
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022

2